IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

**HENRY T. WILLIAMS, III,**

      **Plaintiff,**

v.                                                 **CASE NO. 5:14-cv-228-RS-CJK**

**MICHAEL C. OVERSTEET, et al.,**

      **Defendants.**

_____/

## ORDER

Before me is the April 23, 2015, Magistrate Judge's Report and Recommendation (Doc. 14). To date, no objections have been filed. Accordingly, I have reviewed the report *de novo*.

**IT IS ORDERED:**

1. The Magistrate Judge's Report and Recommendation (Doc. 14) is approved and incorporated in this Order.

2. The Clerk is directed to mail a copy of the report and this order to Plaintiff at: 1840 E. 11th Street, Panama City, Florida 32402.

3. This case is **DISMISSED without prejudice** for Plaintiff's failure to comply with an order of the court.

4. The Clerk is directed to close this case.

**ORDERED** on May 27, 2015.

                                          /S/ Richard Smoak
                                          **RICHARD SMOAK**
                                          **UNITED STATES DISTRICT JUDGE**